UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARNETT WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD HUBBART, et al., <br><br> Defendant. | CASE NO. 3:20-cv-06219-RSM-BAT <br><br> **ORDER DENYING MOTION TO RECONSIDER** |

Plaintiff moves the Court to reconsider the Court's order denying appointment of counsel to represent him in his 42 U.S.C. § 1983 civil rights action. Dkt. 9. Plaintiff contends the Court should appoint counsel because he has now been charged in the Whatcom County Superior Court with Possession of a Controlled Substance, has to prepare for his criminal trial, has limited knowledge of the law, and "counsel can better prepare for trial while Plaintiff himself prepares to litigate fight his new criminal case." *Id.* at 1. Under Local Civil Rule 7(h) motions for reconsideration are disfavored and the Court will deny such motion absent a showing of manifest error or new facts. The Court finds plaintiff new claim —that he is charged with a new felony— is not grounds to appoint counsel and therefore ORDERS:

(1)   The motion for reconsideration, Dkt. 9, is DENIED.

(2)   The clerk shall provide a copy to this order to the parties.

ORDER DENYING MOTION TO
RECONSIDER - 1

DATED this 4th day of January 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO
RECONSIDER - 2