UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARNETT WILLIAMS, <br><br>             Plaintiff, <br><br>    v. <br><br> RICHARD HUBBART, et al., <br><br>             Defendants. | CASE NO. 3:20-cv-06219-RSM-BAT <br><br> **ORDER DENYING OBJECTION AND REQUEST FOR PERSONAL SERVICE** |

Plaintiff objects to the timeliness Defendants' waiver of service of summons and requests Defendants be personally served. Dkt. 16. The Court issued an order directing service on December 21, 2020, and Defendants filed waivers of service on January 22 and January 25, 2021. As Federal Rule 6 excludes the date triggering the time period, the waivers were due January 20, 2021. Although the waivers are late, Defendants have not declined to waive service. The Court accordingly **ORDER**S:

Plaintiff's request, Dkt. 16, that Defendants be personally served is **DENIED**.

DATED this 27th day of January 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING OBJECTION AND
REQUEST FOR PERSONAL SERVICE - 1