UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARNETT WILLIAMS,

          Plaintiff,

  v.

RICHARD HUBBART, et al.,

          Defendant.

CASE NO. 3:20-cv-06219-RSM-BAT

**ORDER OF DISMISSAL**

The Court having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, and the remaining record, finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice. Defendants' motion to withdraw the surreply, Dkt. 23, is stricken as moot.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER OF DISMISSAL - 1

Dated this 12th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2